UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>    Petitioner,<br><br>   v.<br><br>JON DeMORALES, Warden,<br><br>    Respondent. | No. CV 11-3950 MWF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the case is dismissed with prejudice.

DATED: November 30, 2012

                                    MICHAEL W. FITZGERALD
                                    United States District Judge